428 A.2d 976

**In the Matter of Daniel M. PREMINGER, Esquire.**

**Appeal of Daniel M. PREMINGER, Esquire.**

Supreme Court of Pennsylvania.

Argued April 21, 1981.

Decided May 5, 1981.

Daniel M. Preminger, Philadelphia, for appellant.

Charles W. Johns, Philadelphia, for Hon. Albert F. Sabo.

Diane L. Anderson, Robert B. Lawler, Chief, Appeals Div., Philadelphia, for all appellees.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

The order of the Court of Common Pleas of Philadelphia is affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.